162 So. 541

### STATE v. Nathan KARTUS.
### 3 Div. 137.

Supreme Court of Alabama.
June 27, 1935.

Sternfeld & Lobman, of Montgomery, for the motion.

A. A. Carmichael, Atty. Gen., opposed.

PER CURIAM.

Petition of Nathan Kartus for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in State v. Kartus, 162 So. 538.

Writ denied.

See, also, ante, p. 352, 162 So. 533.

ANDERSON, C. J., and THOMAS, BOULDIN, and BROWN, JJ., concur.